# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN RUSSO MARCHAND, ET AL.

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

NO.  2022 CW 0470

**AUGUST 2, 2022**

---

In Re:  Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34270.

---

**BEFORE:  McDONALD, THERIOT, AND HESTER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

> **JMM**
> **MRT**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT